# UNITED STATES DISTRICT COURT

## DISTRICT OF NEW JERSEY

**WALDER, HAYDEN & BROGAN, P.A**
5 Becker Farm Road
Roseland, New Jersey, 07068
973-992-5300

Attorney for Defendant, Peter Michael Basinski

---

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| | : | Criminal No. 04-6066 |
| v. | : | |
| | : | |
| **PETER MICHAEL BASINSKI** | : | **CONSENT ORDER** |
| | : | |
| Defendant. | : | |

---

**THIS MATTER** having been opened to the Court on application of Michael D'Alessio, Jr. on behalf of defendant, Peter Michael Basinski, and having received the consent for this Order by Assistant United States Attorney, L. Judson Welle, and for good cause shown;

**IT IS** on this *14* day of *Nov* 2008;

**ORDERED** that Mr. Basinski, who is presently under supervised release, be permitted to travel to the State of Pennsylvania for recreational flying, as well as the City of New York for recreation and personal activity.

**IT IS FURTHER ORDERED** that Mr. Basinski shall seek consent from Pretrial

Services for any overnight stay in reference to either Pennsylvania or New York City.

_____ U.S.D.C.

Dennis M. Cavanaugh
U.S. District Judge

I hereby consent to the form and entry
of the within Order.

_____
L. Judson Wolfe, Assistant U.S. Attorney