NOT FOR PUBLICATION

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA : | Hon. Dennis M. Cavanaugh |
| Plaintiff, : | |
| : | **ORDER** |
| v. : | |
| : | Criminal Action No. 02-cr-225   (DMC) |
| PETER MICHAEL BASINSKI : | |
| Defendant. : | |

IT IS this 23 day of November, 2009;

**WHEREFORE** Defendant moves for early termination of supervised release;

**WHEREFORE** neither the United States District Attorney for the District of New Jersey nor United States Probation Office opposes this motion;

**ORDERED** that pursuant to 18 U.S.C. § 3583(e) Defendant's motion for early termination of supervised release is **granted**.

_____
Dennis M. Cavanaugh, U.S.D.J.

Original:   Clerk
cc:         All Counsel of Record
            Hon. Mark Falk, U.S.M.J.
            File